IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  **07-cv-02624-AP**

**PETE OLGUIN, JR.,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| | |
|---|---|
| For Plaintiff: | Frederick W. Newall, Esq. |
| | 730 N. Weber, #101 |
| | Colorado Springs, Colorado 80903 |
| | (719) 633-5211 |
| | newallfrederickw@qwest.net |
| | |
| For Defendant: | TROY A. EID |
| | United States Attorney |
| | |
| | KEVIN TRASKOS |
| | Assistant United States Attorney |
| | Deputy Chief, Civil Division |
| | United States Attorney's Office |
| | District of Colorado |
| | kevin.traskos@usdoj.gov |
| | |
| | THOMAS H. KRAUS |
| | Special Assistant United States Attorney |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado 80294 |
| | (303) 844-0017 |
| | tom.kraus@ssa.gov |

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

- **A.  Date Complaint Was Filed:** December 18, 2007
- **B.  Date Complaint Was Served on U.S. Attorney's Office:** December 31, 2007
- **C.  Date Answer and Administrative Record Were Filed:** February 28, 2008

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** To the best of his knowledge, the record is complete. However, the Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

**Defendant states:** To the best of his knowledge, the administrative record is complete and accurate.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:** There is no additional evidence.

**Defendant states:** Defendant does not intend to submit additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff states:** To the best of his knowledge, this case raises no unusual claims or defenses.

**Defendant states:** Defendant, to the best of his knowledge, does not believe the case raises unusual claims or defenses.

**7.  OTHER MATTERS**

**Plaintiff states:** None.

**Defendant states:** None.

8. **BRIEFING SCHEDULE**

    A.  **Plaintiff's Opening Brief Due:**       May 1, 2008
    B.  **Defendant's Response Brief Due:**      June 9, 2008
    C.  **Plaintiff's Reply Brief (If Any) Due:** June 23, 2008

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    **Plaintiff's Statement:** Plaintiff does NOT request oral argument

    **Defendant's Statement:** Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.  ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.  (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    DATED this   13th   day of   March, 2008.

                                    BY THE COURT:


                                    *S/John L. Kane*
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Frederick W. Newall | TROY A. EID |
| Frederick W. Newall, Esq. | UNITED STATES ATTORNEY |
| 730 N. Weber, #101 | |
| Colorado Springs, Colorado 80903 | KEVIN TRASKOS |
| (719) 633-5211 | Assistant United States Attorney |
| (719) 635-6503 (facsimile) | Deputy Chief, Civil Division |
| newallfrederickw@qwest.net | United States Attorney's Office |
| | District of Colorado |
| | kevin.traskos@usdoj.gov |
| Attorney for Plaintiff | |
| | s/Thomas H. Kraus |
| | By: Thomas H. Kraus |
| | Social Security Administration-OGC |
| | 1961 Stout Street, Suite 1001 |
| | Denver, Colorado 80294 |
| | (303) 844-0017 |
| | (303) 844-0770 (facsimile) |
| | tom.kraus@ssa.gov |
| | Attorneys for Defendant |