IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No.:     **07-cv-02624-AP**


**PETE OLGUIN, JR.,**

                              Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

                              Defendant.

_____

### AMENDED  ORDER

_____


        Defendant's Unopposed Motion for Remand (doc. #13), filed June 16, 2008, is

GRANTED.

        This civil action is remanded to Defendant for additional administrative proceedings

pursuant to sentence four of 42 U.S.C. § U.S.C. § 405(g).  It is

        FURTHER ORDERED that, upon remand, this case shall be assigned to an

Administrative Law Judge who did not consider the case before appeal.

        Dated  this 19th day of June, 2008.

                              BY THE COURT:




                              *S/John L. Kane*
                              John L. Kane, Senior Judge
                              United States District Court