IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-2624-AP**

**PETE OLGUIN, JR.,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Unopposed Motion for Attorney Fees under EAJA, (doc. #21), filed July 29, 2008, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, Frederick W. Newall, reasonable attorney fees in the amount of **$2,570.40**.

Dated at Denver, Colorado, this 31th day of July, 2008.

                                       BY THE COURT:

                                       *S/John L. Kane*
                                       JOHN L. KANE, SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT