UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.:   **07-cv-02624-AP**

**PETE OLGUIN, JR.,**

        Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**,

        Defendant.

---

**PROPOSED ORDER FOR POWER OF ATTORNEY
TO CASH EAJA CHECK**

---

      The matter before the Court is Plaintiff's Unopposed Motion for Power of Attorney to Cash EAJA Check, filed on   September 23, 2008 .   The Court being fully advised in the premises hereby grants said Motion.

      IT IS FURTHER

      **ORDERED** that said Motion is granted.  Counsel for the Plaintiff, namely Frederick W. Newall, Esq., may endorse the name of Pete Olguin, Jr., and deposit same, in payment of attorney fees.

      DATED at Denver, Colorado, this   23d    day of September, 2008

                      BY THE COURT:

                      **s/John L. Kane**
                      SENIOR U.S. DISTRICT JUDGE