# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No.:    **07-cv-02624-AP**

**PETE OLGUIN, JR.,**

                            Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**,

                            Defendant.

## AMENDED ORDER

        The matter before the Court is Plaintiff's Amended Motion for Power of Attorney to Cash EAJA Check (Doc. 25), filed on September 23, 2008.   Pursuant to the parties' stipulation regarding the amount of fees to be awarded ($2,570) and Plaintiff's request that his attorney be granted power of attorney to cash the EAJA fee check, I GRANT the Motion so that namely Frederick W. Newall, Esq., may endorse the name of Pete Olguin, Jr., and deposit same, in payment of attorney fees.

        DATED at Denver, Colorado, this _24th___ day of September, 2008

                    BY THE COURT:


                    **s/John L. Kane**
                    SENIOR U.S. DISTRICT JUDGE