IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-2624-AP**

**PETE OLGUIN, JR.,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

       The matter before the Court is Plaintiff's Motion to Strike Unopposed Motion for Power of Attorney to Cash EAJA Check (doc. #27), filed on October 01, 2008. The Motion is GRANTED. Plaintiff's Unopposed Motion for Power of Attorney to Cash EAJA Check (doc. #23) is stricken.

       Dated at Denver, Colorado, this 1st day of October, 2008.

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT